UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-21831-CIV-LENARD/GOODMAN

MICHAEL I. GOLDBERG,

    Receiver,

v.

RAYMOND JAMES FINANCIAL, INC., et al.,

    Defendant.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom a motion in the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a), the Court's Internal Operating Procedure, IOP 2.16.00, and Administrative Order 2013-63.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on December 21, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record